UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDREW S. KEEL, et al., | Case No.: 1:14-cv-01458-LJO-JLT |
| Plaintiffs, | ORDER DENYING DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| DENNIS JOHN BRATTON, et al., | (Doc. 8) |
| Defendants. | |

On October 16, 2014, Defendant Dennis Bratton filed motion for appointment of counsel. (Doc. 8.) Defendant reports that "is a prisoner in Kern Valley State Prison and is currently housed in Ad-Seg," with limited access to a law library. (*Id.* at 1-2.) Therefore, Defendant requests that the Court appoint counsel to help him mount a defense against the plaintiffs' claims.

Importantly, in most civil cases, there is no constitutional right to counsel, but the Court may request an attorney to represent indigent persons. 28 U.S.C. § 1915(e)(1). Defendant is advised that the Court cannot *require* representation of a party pursuant to 28 U.S.C. § 1915. *Mallard v. U.S. District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). Nevertheless, in "exceptional circumstances," the Court has discretion to request the voluntary assistance of counsel. *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997).

To determine whether "exceptional circumstances exist, the district court must evaluate both the likelihood of success of the merits [and] the ability of the [party] to articulate his claims *pro se* in light

1

of the complexity of the legal issues involved." *Rand*, 113 F.3d at 1525 (internal quotation marks and citations omitted).  Here, the action is in its early stages and there is a motion to dismiss pending before the Court.  As a result, the Court is unable to determine the merits of the proceeding at this time.  Further, Defendant's motion demonstrates that he is articulate and able to state his position in an intelligible manner.  Therefore, the Court does not find the required exceptional circumstances at this time.

Accordingly, **IT IS HEREBY ORDERED**: Defendant's motion for the appointment of counsel (Doc. 8) is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated:   **October 17, 2014**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE