# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDREW S. KEEL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DENNIS JOHN BRATTON, et al., <br><br> Defendants. | 1:14-cv-1458-LJO-JLT <br><br> ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT DENNIS JOHN BRATTON <br>(DOC. 10) |

On October 21, 2014, Plaintiffs filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 10 at 1. Plaintiffs request that the Court issue an order dismissing the entire complaint against Defendant Dennis John Bratton only. *Id.*

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 10), this Court DISMISSES this entire action against Defendant Dennis John Bratton only. As Plaintiffs did not specifically request dismissal with prejudice, the dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

IT IS SO ORDERED.

    Dated: __October 22, 2014__        /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE