IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF ANDREW S. KEEL, et al.,** | Case No. 1:14-CV-01458-LJO-JLT |
| Plaintiffs, | **ORDER** |
| v. | |
| **DENNIS JOHN BRATTON, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of Plaintiffs Estate of Andrew S. Keel by and through his successor-in-interest Cora-Jean Dale and Cora-Jean Dale as heir-at-law of decedent Andrew S. Keel ("Plaintiffs") and Defendant State of California, Doc. 7, all claims in this action against the State of California are **DISMISSED WITH PREJUDICE**. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

This order resolves all remaining claims in this action. Accordingly, the Clerk of Court is directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: October 23, 2014**

                                         /s/ Lawrence J. O'Neill
                                         **United States District Judge**